1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7    In re:                                          NO: CV-12-427 RMP

8         LLS AMERICA, LLC,                          Bankruptcy No: 09-06194-PCW11

9                              Debtor.               Adversary No: 11-80116

10                                                   ORDER GRANTING MOTION FOR
                                                     DEFAULT AND JUDGMENT
11   BRUCE P. KRIEGMAN, solely in his
     capacity as court-appointed Chapter 11
     Trustee for LLS America LLC,
12
13                             Plaintiff,

14   vs.

15   LUBOMIR CHOBOT and JINDRISKA
     CHOBOT
16                             Defendants.

17       Before the Court is bankruptcy trustee Bruce P. Kriegman's Motion for

18   Entry of Default and Judgment, ECF No. 4.  The Court has reviewed the motion,

19   its attachments, the Court's file, and the Bankruptcy Court's file for the adversary

20   action 11-80116-PCW11.


     ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 1

1    This case arose as an adversary action as part of the bankruptcy of LLS

2    America, LLC.  This Court withdrew the reference to this action, set a trial date,

3    and referred the matter back to the Bankruptcy Court for that court to address

4    pretrial matters.  The Bankruptcy Court entered orders granting the Bankruptcy

5    Trustee's motions for default and for default judgment.  The trustee now moves

6    this Court for entry of default and default judgment.

7        "When a party against whom a judgment for affirmative relief is sought has

8    failed to plead or otherwise defend, and that failure is shown by affidavit or

9    otherwise, the clerk must enter the party's default."  Fed. R. Civ. P. 54(a).  "If the

10   plaintiff's claim is for a sum certain or a sum that can be made certain by

11   computation, the clerk—on the plaintiff's request, with an affidavit showing the

12   amount due—must enter judgment for that amount and costs against a defendant

13   who has been defaulted for not appearing."  Fed. R. Civ. P. 54(b).

14       Pursuant to the Court's order on motion for withdrawal of reference, this

15   Court will treat the Bankruptcy Court's orders entering default and default

16   judgment as proposed findings of fact and conclusions of law.  The instant motion

17   was filed on August 15, 2012.   The Defendants have filed no objection.  After a

18   review of the record before this Court and the bankruptcy court, the Court

19   concludes that default is appropriate and default judgment shall be entered.

20   / / /

ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 2

1    Accordingly, **IT IS HEREBY ORDERED:**

2    1. The trustee's Motion for Entry of Default and Judgment, ECF No. 4, is

3       **GRANTED**.

4    2. The Defendants Lubomir Chobot and Jindriska Chobot are in default, and

5       default of said Defendants is hereby entered.

6    3. The Court will enter default judgment by separate order.

7    **IT IS SO ORDERED**.

8    The District Court Executive is hereby directed to enter this Order and to

9    provide copies to counsel and to the Honorable Patricia C. Williams, Bankruptcy

10   Judge.

11      **DATED** this 31st day of October 2012.

12

13                              *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
14                              Chief United States District Court Judge

15

16

17

18

19

20

ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 3